AO 442 (Rev. 01/09) Arrest Warrant

FILED
SEP 17 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

WESTERN DISTRICT OF TEXAS

United States of America
v.
JAYLYN CHRISTOPHER MOLINA (1)
*Defendant*

Case No. SA:20-mj-1128

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAYLYN CHRISTOPHER MOLINA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to provide material support to a designated foreign terrorist organization.

Date: 9/17/2020

*Issuing officer's signature*

City and state: San Antonio, TX

HENRY J. BEMPORAD, U.S. MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________ , and the person was arrested on *(date)* ______________
at *(city and state)* ______________ .

Date: ______________

______________
*Arresting officer's signature*

______________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________________ Weight: ______________________

Sex: ______________________ Race: ______________________

Hair: ______________________ Eyes: ______________________

Scars, tattoos, other distinguishing marks: ______________________

History of violence, weapons, drug use: ______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

FBI number: ______________________

Complete description of auto: ______________________

Investigative agency and address: ______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________