AO 94 (Rev. 06/09) Commitment to Another District

FILED
OCT 07 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.
KRISTOPHER SEAN MATTHEWS
*Defendant*

Case No. 1:20-mj-142-SKL

Charging Dist. SA:20-MJ-1128

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Western District Texas, San Antonio. ,

*(if applicable)* The defendant may need an interpreter for this language: **n/a**

.

The defendant: ❐ will retain an attorney.

X Is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: September 21, 2020

s/ Susan K. Lee
**SUSAN K. LEE**
**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

United States of America
v.
KRISTOPHER SEAN MATTHEWS

*Defendant*

Case No. 1:20-mj-142-SKL

Charging District's Case No. SA:20-MJ-1128

## WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* U.S.D.C. Western District of Texas, San Antonio.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 09/21/2020

/s/ Kristopher Matthews by consent MRM
*Defendant's signature*

/s/ Myrlene R. Marsa
*Signature of defendant's attorney*

Myrlene Marsa, Federal Defender Service of Eastern Tennessee
*Printed name of defendant's attorney*

**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**

☑ Initial Appearance ☑ Complaint ☐ Preliminary Exam ☐ Motion Hearing
☐ Indictment ☐ SSI ☐ Information ☐ Detention Hearing ☐ Bond Hearing
☐ Petition for Probation/Supervised Release action ☐ Arraignment ☐ Arraignment on SSI

Case No. 1:20-mj-142 USA v. Kristopher Sean Matthews

**PRESENT:** Honorable Susan K. Lee ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

| Kyle Wilson | Myrlene Marsa | Danny Haimelin |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant ☐ Appt. ☐ Retd ☐ Ltd. App. | Probation Officer |
| Courtney Camp | | |
| Courtroom Deputy | Court Reporter | Interpreter(s) ☐ SWORN |

Digital Recording: Crtrm 1B ☑ OR Crtrm 4 ☐

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN

☑ Financial affidavit(s) executed
☑ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Deft advised of Rules 20, 5 FRCrP
☐ Deft executed waiver of Rule 5, 5.1 hearing
☐ Deft waived reading of indictment/information
☐ Indictment/Information read
☐ Deft pleads not guilty to counts_______________
☐ Not guilty plea entered by Court on deft's behalf
☐ Deft. entered no plea

**DATES SET:**

Detention hearing: waived
Preliminary exam: ____________
Revocation hearing: ____________
Arraignment: ____________
OTHER: ____________

Court ordered file ☐ sealed OR ☐ unsealed

**TESTIMONY BY:** ____________________________

**OTHER MATTERS:**

Rule 5 Out proceedings held.

I, Courtney Camp, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file Chatt 1-20-mj-142_20200921_093549

**BOND**

☑ Govt. motion for detention without bond: ☑ granted ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount:________________ Type: ________________

Defendant ineligible for release on bond:________________

Deft ☑ remanded to custody of U.S. Marshal ☐ remained in custody ☐ remained on bond ☐ released on bond

Time: 10:02 to 10:17 Date: 9/21/2020

rev 3/09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:20-mj-142-SKL |
| v. | ) WDTX Charging Dist. No. SA:20-MJ-1128 |
| | ) |
| KRISTOPHER SEAN MATTHEWS | ) |

ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Defendant was arrested in the Chattanooga Division of this Court and had his initial appearance before Susan K. Lee, United States Magistrate Judge, on September 21, 2020.

Upon motion of the government for detention of the defendant, and defendant's waiver of a detention hearing in this district, it is **ORDERED** that defendant be temporarily detained until his arrival in the U.S.D.C., Western District of Texas, San Antonio at which time the United States Marshal will advise the appropriate clerk or judge of defendant's arrival so that a detention hearing and other appropriate proceedings may be set.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:20-mj-142-SKL |
| v. | ) WDTX Charging Dist. No. SA:20-MJ-1128 |
| | ) |
| KRISTOPHER SEAN MATTHEWS | ) |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 21, 2020, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and criminal complaint out of the U.S.D.C., Western District of Texas, San Antonio. Those present for the hearing included:

(1) AUSA Kyle Wilson for the USA.
(2) The defendant, KRISTOPHER SEAN MATTHEWS.
(3) Attorney Myrlene Marsa with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and criminal complaint and attached affidavit and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Wilson moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Western District of Texas, San Antonio. The defendant waived any detention hearing and preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Western District of Texas, San Antonio.

The defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure. After consulting with his counsel, Defendant asked that he be transferred to the Western District of Texas, San Antonio, the charging district.

It is ORDERED:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the U.S. District Court, Western District of Texas, San Antonio as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Western District of Texas, San Antonio for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*

SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:20-mj-142-SKL |
| v. | ) WDTX Charging Dist. No. SA:20-MJ-1128 |
| | ) |
| KRISTOPHER SEAN MATTHEWS | ) |

# ORDER

The Court finds that defendant, KRISTOPHER SEAN MATTHEWS, does not have the funds to retain an attorney of his choice and that defendant wants to be represented by counsel. Accordingly, it is **ORDERED** the following counsel will be appointed to represent the defendant in this District:

Myrlene Marsa
Federal Defender Services of Eastern Tennessee, Inc.
Suite 203 - Flatiron Building
707 Georgia Avenue
Chattanooga, Tennessee 37402

Telephone: 423/756-4349
Fax: 423/756-4345

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

1 *As a condition of the appointment of counsel to represent the defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered the defendant by his appointed counsel and any expenses in connection therewith.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

United States of America )
) Case No: 1:20-mj-142
v. )
)
Kristopher Sean Matthews )

*Defendant*

**CONSENT TO APPEAR BY VIDEO OR AUDIO TELECONFERENCE**

Pursuant to The CARES Act, H.R. 748, the Court's Standing Order 20-08, and Rule 5(f), Rule 10(c), and Rule 43(c)(1)(B) of the Federal Rules of Criminal Procedure, the Defendant hereby acknowledges that Defendant has received and/or been read the indictment, information, or petition, or motion; that said document has been reviewed by Defendant with counsel; that Defendant understands the nature of the offenses charged or the motion made; and that Defendant understands Defendant's right to appear in person for this initial appearance, motion hearing, or arraignment. Acknowledging such, the Defendant hereby knowingly and voluntarily waives Defendant's right to appear in person and hereby consents to appearance by use of video teleconferencing, or by audio teleconferencing if video teleconferencing is not reasonably available, for the following (check all that apply for this particular hearing):

- ☒ Initial appearance[1]
- ☐ Arraignment[2]
- ☐ Detention hearing[3]
- ☐ Pretrial release revocation hearing[4]
- ☐ Misdemeanor plea or sentencing hearing[5]
- ☐ Felony change of plea hearing under Federal Rule of Criminal Procedure 11 upon a finding by the presiding district or magistrate judge that the plea cannot be further delayed without serious harm to the interests of justice
- ☐ Felony sentencing hearing under Federal Rule of Criminal Procedure Rule 32 upon a

[1] Fed. R. Crim. P. 5.
[2] Fed. R. Crim. P. 10.
[3] 18 U.S.C. § 3142.
[4] 18 U.S.C. § 3148.
[5] Fed. R. Crim. P. 43(b)(2).

finding by the presiding district judge that the sentencing cannot be further delayed without serious harm to the interests of justice

- ☐ Probation or supervised release revocation hearing[6]
- ☐ Preliminary hearing[7]
- ☐ Waiver of indictment pursuant to Federal Rule of Criminal Procedure 7(b)
- ☐ Appearance under Federal Rule of Procedure 40
- ☐ Proceeding under Chapter 403 of Title 18, United States Code (commonly known as the "Federal Juvenile Delinquency Act"), except for contested transfer hearings and juvenile delinquency adjudication or trial proceedings
- ☐ Other: ______________________

/s/Kristopher Matthews w/consent MRM
*Defendant*[1]

/s/ Myrlene R. Marsa
*Defendant's Attorney*

**Due to the COVID-19 pandemic, conformed signatures by permission will be accepted. If signed by permission, defense counsel represents that defendant gave express permission to apply his/her signature.**

Sept. 21, 2020
*Date*

**APPROVED BY:**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

September 21, 2020
*Date*

[6] Fed. R. Crim. P. 32.1.
[7] Fed. R. Crim. P. 5.1.

SEALED

**Live Database**
**U.S. District Court - Eastern District of Tennessee (Chattanooga)**
**CRIMINAL DOCKET FOR CASE #: 1:20-mj-00142-SKL-1 *SEALED***
**Internal Use Only**

Case title: USA v. SEALED
Other court case number: 20-mj-1128 Western District of Texas

Date Filed: 09/18/2020
Date Terminated: 09/21/2020

---

Assigned to: Magistrate Judge Susan K Lee

**Defendant (1)**

**Kristopher Sean Matthews**
*TERMINATED: 09/21/2020*

represented by **Myrlene R Marsa**
Federal Defender Services of Eastern Tennessee, Inc. (Chatt)
One Central Plaza, Suite 600
835 Georgia Avenue
Chattanooga, TN 37402
423-756-4349
Fax: 423-756-4345
Email: myrlene_marsa@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

**USA** represented by **Kyle J Wilson**
U S Department of Justice (Chattanooga USAO)
Office of U S Attorney
1110 Market Street
Suite 515
Chattanooga, TN 37402
423-752-5140
Email: kyle.wilson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 09/24/2020 | 9 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Kristopher Sean Matthews. Defendant committed to District of Western District of TX, San Antonio. Signed by Magistrate Judge Susan K Lee on 9/23/2020. (AML) (Entered: 09/24/2020) |
| 09/24/2020 | 8 | ☐ | MEMORANDUM AND ORDER as to Kristopher Sean Matthews. Defendant shall be TEMPORARILY DETAINED pending his transfer to the U.S. District Court, Western District of Texas. The U.S. Marshals Service shall transport defendant. Signed by Magistrate Judge Susan K Lee on 9/23/2020. (AML) M/O served to USMS (Entered: 09/24/2020) |
| 09/24/2020 | 7 | ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Kristopher Sean Matthews. Signed by Magistrate Judge Susan K Lee on 9/23/2020. (AML) (Entered: 09/24/2020) |
| 09/24/2020 | 6 | ☐ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kristopher Sean Matthews. Signed by Magistrate Judge Susan K Lee on 9/23/2020. (AML) (Entered: 09/24/2020) |
| 09/24/2020 | 5 | ☐ | ORDER Approving Consent to Appear by Video Conference by Kristopher Sean Matthews. Signed by Magistrate Judge Susan K Lee on 9/23/2020. (AML) (Entered: 09/24/2020) |
| 09/21/2020 | | | Attorney update in case as to Kristopher Sean Matthews. Attorney Myrlene R Marsa for Kristopher Sean Matthews added. (CNC) (Entered: 09/21/2020) |

| | | | |
|---|---|---|---|
| 09/21/2020 | 4 | ☐ | WAIVER of Rule 5(c)(3) Hearing by Kristopher Sean Matthews (CNC) (Entered: 09/21/2020) |
| 09/21/2020 | | | (Court only) ***Terminated defendant Kristopher Sean Matthews, pending deadlines, and motions. (CNC) (Entered: 09/21/2020) |
| 09/21/2020 | 3 | ☐ | Minute Entry for proceedings held before Magistrate Judge Susan K Lee:Initial Appearance in Rule 5(c)(3) Proceedings as to Kristopher Sean Matthews held on 9/21/2020 (CNC) (Entered: 09/21/2020) |
| 09/21/2020 | | | (Court only) ***Location start as to Kristopher Sean Matthews - Arrested in the Eastern District of Tennessee (CNC) (Entered: 09/21/2020) |
| 09/21/2020 | 2 | ☐ | CJA 23 Financial Affidavit by Kristopher Sean Matthews (CNC) (Entered: 09/21/2020) |
| 09/18/2020 | 1 | ☐ | Rule 5(c)(3)Documents Received as to Kristopher Sean Matthews (Attachments: # 1 Other Warrant)(CNC) (Entered: 09/21/2020) |

View Selected
or
Download Selected