UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) KRISTOPHER SEAN MATTHEWS<br>*Defendant,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>No.:SA:20-CR-00488(1)-OLG |

**ORDER ACCEPTING WAIVER OF**
**PERSONAL APPEARANCE AT ARRAIGNMENT**

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

1. Defendant has received a copy of the charging document;
2. Defendant has read the charging document or had it read to him/her;
3. Defendant understands that he/she has the right to personally appear at arraignment; and
4. Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

**IT IS SO ORDERED** this **21st day of October, 2020**.

**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**