FORM 1. Notice of Appeal from a United States District Court

Form 1
July 2020

**UNITED STATES DISTRICT COURT**

**FOR THE**

**WESTERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA
______________________, **Plaintiff,**

KRISTOPHER SEAN MATTHEWS **v.** **Case No.** SA:20-CR-0488-OLG(1)

______________________, **Defendant.**

CORRECTED **NOTICE OF APPEAL**

Notice is hereby given that the following party/parties* KRISTOPHER SEAN MATTHEWS

in the above-named case hereby appeal(s) to the United States Court of Appeals for the ~~Federal~~ FIFTH Circuit the final judgment or an order entered in this action on 7/1/22.

Date: 7/14/22

Signature: s/Warren Wolf

Name: Warren Wolf

Address: 111 Soledad St.
suite 430
San Antonio, Texas 78205

Phone Number: (210)225-0055

Email Address: wwolf711@aol.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.